FILED
ASHEVILLE, N.C.

AUG - 3 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA,　　　) NO. 1:15cr63
　　　　　　　　　　　　　　　　)
Vs.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
Defendant　　　　　　　　　　　 )

## ORDER SEALING BILL OF INFORMATION AND ALL ACCOMPANYING DOCUMENTS

UPON JOINT MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, and Defendant, for an order directing that the Bill of Information and all accompanying documents be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Bill of Information, Plea Agreement, Factual Basis the Motion to Seal, this Order and any other case related documents be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 3rd day of August, 2015.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA