IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) NO. 1:15CR63 |
| v. | ) |
| DANE WILLIAM ANDERSON | ) |

## ORDER UNSEALING CASE

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the above captioned case be unsealed,

**IT IS HEREBY ORDERED** that the case be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 26 day of April, 2017.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA